**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Johnnvez Demon BRADFORD,
Defendant–Appellant.**

No. 08–30505
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 22, 2009.

Josette Louise Cassiere, Assistant U.S. Attorney, Allison Duncan Bushnell, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Johnnvez Demon Bradford, Yazoo City, MS, pro se.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Johnnvez Demon Bradford has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bradford has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous is-

sue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

